AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

ANNA MARIA ANDERSON
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between _____August 2004 and August 2005_____, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

See Attached Affidavit

in violation of Title __18__ United States Code, Section(s) __1343__.

I further state that I am __Kelly D. Bender, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Kelly D. Bender, Special Agent
Federal Bureau of Investigation

AUSA, DANIEL BUTLER   (202) 353-9431
Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                             City and State

_____        _____
Name & Title of Judicial Officer                  Signature of Judicial Officer