UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0522M-01 |
| | : | |
| v. | : | |
| | : | UNDER SEAL |
| ANNA M. ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**FILED**
OCT 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the government's motion for leave to file the Affidavit in Support of Criminal Complaint and Arrest Warrant in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Criminal Complaint and Arrest Warrant, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this _____ day of October, 2005.
OCT 0 5 2005

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Serve: Daniel P. Butler
Assistant United States Attorney
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
Fax: (202) 307-2304
e-mail: Daniel.Butler@USDOJ.Gov