UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-522M |
| | : | |
| v. | : | |
| | : | |
| ANNA M. ANDERSON, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO UNSEAL FILE IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the file in this case.[1] In support of this motion, the government states as follows:

On October 5, 2005, the government filed in this matter, for the Court's approval, a criminal complaint and a warrant for arrest, supported by an affidavit. As part of that submission, the government moved to have the documents "placed under seal until the defendant has been arrested." *See* Government's Motion to Seal. As a result, the undersigned attorney has been notified that the Clerk's Office file in this matter is currently under seal. Because the reason for the sealing has been accomplished, and there is no further need for the sealing of this file in this matter, the United States is herewith moving to vacate the earlier sealing Order. This motion, which appears to be simply in the nature of "house-keeping," will help prevent future difficulty in the parties electronically filing pleadings. The undersigned attorney has previously discussed this motion with defense counsel, Tony Miles, who did not object to it.

---

[1] Because the file in this matter is currently under seal, the government is filing this motion under seal.

WHEREFORE, it is respectfully requested that this motion be granted.

                                    Respectfully submitted,

                                    KENNETH L. WAINSTEIN  
                                  UNITED STATES ATTORNEY  
                                  D.C. BAR # 451470

By: _____  
      DANIEL P. BUTLER  
      D.C. Bar Number 417718  
      Assistant U.S. Attorney  
      555 4th Street, N.W.  
      Washington, D.C. 20530  
      (202) 353-9431  
      Daniel.Butler@usdoj.gov