UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-522M |
| v. | : | |
| ANNA M. ANDERSON, | : | FILED<br>OCT 2 1 2005 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Based on the representations in the attached Government's Unopposed Motion to Unseal the File in this Case, and the entire record in this matter, it is hereby

ORDERED that the motion is GRANTED and the Court's previously entered sealing orders is VACATED.

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

October 24, 2005
DATE

(N)

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 OCT 21  PM 3: 31

NANCY M.
MAYER-WHITTINGTON
CLERK