**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-0522M (DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANNA M. ANDERSON,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**NOTICE OF ASSIGNMENT AND APPEARANCE**</u>

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is assigned to Assistant

United States Attorney Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431 and

this is notice of  his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


/s /

_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Government's Notice will be served by
electronic filing on counsel for the defendant, Tony W. Miles, Assistant Federal Public Defender,
625 Indiana Avenue, N.W., Suite 550, Washington, D.C.  20004, tony_miles@fd.org, on this <u>25th</u>
day of October, 2004.


/ s /

_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY