**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia



FILED
OCT 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ANNA M. ANDERSON

Case No. 05-522M

ORDER

Upon oral motion of the __Parties__ to exclude __30__ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing)~~ or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that __30__ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_/s/ Anderson_
Defendant

_/s/ Tony W. M___
Defense Counsel

_/s/ Daniel P. Butler_
Attorney for Government

_/s/_
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY