U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

FILED

DEC 0 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                                               Case No. ___05-522M___

ANNA M. ANDERSON

**ORDER**

Upon oral motion of the _____PARTIES_____ to exclude ___30___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___30___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____
Defendant

_____
Defense Counsel

_____
Attorney for Government

_____
X̶U̶n̶i̶t̶e̶d̶ ̶S̶t̶a̶t̶e̶s̶ ̶J̶u̶d̶g̶e̶
(United States Magistrate) JUDGE

USA-D9 (Oct. 76)

COURT COPY